[No. 29528-1-III.   Division Three.   April 19, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY ALAN SHAW, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 10-1-00838-5, Carrie L. Runge, J., entered November 9, 2010. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Korsmo, C.J., and Brown, J.

[No. 29963-5-III.   Division Three.   April 19, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. S.L.B., *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 10-8-00388-4, Evan E. Sperline, J., entered June 1, 2011. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Kulik and Siddoway, JJ.

[No. 30508-2-III.   Division Three.   April 19, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND HERNANDEZ, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 07-1-00387-2, James W. Lawler, J., entered January 25, 2011. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Sweeney and Siddoway, JJ.

[No. 65703-8-I.   Division One.   April 23, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DION EARL JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-04150-1, Douglass A. North, J., entered June 14, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox and Lau, JJ.